AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Hannah Cramer, individually and on behalf of all others similarly situated who were employed by Defendants

*Plaintiff(s)*

v.

Arkesia, Inc.,dba Club Rouge; Circle 2, Inc.dba Daddy Rabbits; Circle 2, Inc.,dba Candy Bar; Imaginary Images, Inc.,dba Paper Moon; M.G.B., Inc.,dba Pure Pleasure;W.A. Pyliaris

*Defendant(s)*

Civil Action No. 3:18cv00039

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Arkesia Inc. d/b/a Club Rouge
1501 East Main St., Richmond VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Justin P. Keating
1030 15th St., NW
Suite 700 East
Washington DC 20005
202.328.7222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Fernando Galindo,*
*CLERK OF COURT*

S. Beal

Date: January 18, 2018

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:18cv00039

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Hannah Cramer, individually and on behalf of all others similarly situated who were employed by Defendants

*Plaintiff(s)*

v.

Arkesia, Inc.,dba Club Rouge; Circle 2, Inc.dba Daddy Rabbits; Circle 2, Inc.,dba Candy Bar; Imaginary Images, Inc.,dba Paper Moon; M.G.B., Inc.,dba Pure Pleasure;W.A. Pyliaris

*Defendant(s)*

Civil Action No. 3:18cv00039

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Circle 2, Inc., d/b/a Candy Bar
218 East Main St., 2nd Floor
Richmond, Virginia 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin P. Keating
1030 15th St., NW
Suite 700 East
Washington DC 20005
202.328.7222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Fernando Galindo,*
*CLERK OF COURT*

S. Beal

Date: January 18, 2018

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:18cv00039

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Hannah Cramer, individually and on behalf of all others similarly situated who were employed by Defendants

*Plaintiff(s)*

v.

Arkesia, Inc.,dba Club Rouge; Circle 2, Inc.dba Daddy Rabbits; Circle 2, Inc.,dba Candy Bar; Imaginary Images, Inc.,dba Paper Moon; M.G.B., Inc.,dba Pure Pleasure;W.A. Pyliaris

*Defendant(s)*

Civil Action No. 3:18cv00039

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Circle 2, Inc., d/b/a Daddy Rabbits
3206 Broad Rock Boulevard
Richmond, Virginia 23224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin P. Keating
1030 15th St., NW
Suite 700 East
Washington DC 20005
202.328.7222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Fernando Galindo,*
*CLERK OF COURT*

D. Beal

Date: January 18, 2018

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:18cv00039

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Hannah Cramer, individually and on behalf of all others similarly situated who were employed by Defendants

*Plaintiff(s)*

v.

Arkesia, Inc.,dba Club Rouge; Circle 2, Inc.dba Daddy Rabbits; Circle 2, Inc.,dba Candy Bar; Imaginary Images, Inc.,dba Paper Moon; M.G.B., Inc.,dba Pure Pleasure;W.A. Pyliaris

*Defendant(s)*

Civil Action No. 3:18cv00039

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Imaginary Images, Inc., d/b/a
3300 Norfolk St.
Richmond, Virginia 23230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin P. Keating
1030 15th St., NW
Suite 700 East
Washington DC 20005
202.328.7222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Fernando Galindo,*
*CLERK OF COURT*

S. Beal

Date: January 18, 2018

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:18cv00039

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________________ ; or

❐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Hannah Cramer, individually and on behalf of all others similarly situated who were employed by Defendants

*Plaintiff(s)*

v.

Arkesia, Inc.,dba Club Rouge; Circle 2, Inc.dba Daddy Rabbits; Circle 2, Inc.,dba Candy Bar; Imaginary Images, Inc.,dba Paper Moon; M.G.B., Inc.,dba Pure Pleasure;W.A. Pyliaris

*Defendant(s)*

Civil Action No. 3:18cv00039

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* M.G.B., Inc., d/b/a Pure Pleasure
68 Labrook Concourse A
Richmond, Virginia 23224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin P. Keating
1030 15th St., NW
Suite 700 East
Washington DC 20005
202.328.7222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Fernando Galindo,*
*CLERK OF COURT*

S. Beal

Date: January 18, 2018

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:18cv00039

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________ ______________________

*Server's signature*

______________________

*Printed name and title*

______________________

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Hannah Cramer, individually and on behalf of all others similarly situated who were employed by Defendants

*Plaintiff(s)*

v.

Arkesia, Inc.,dba Club Rouge; Circle 2, Inc.dba Daddy Rabbits; Circle 2, Inc.,dba Candy Bar; Imaginary Images, Inc.,dba Paper Moon; M.G.B., Inc.,dba Pure Pleasure;W.A. Pyliaris

*Defendant(s)*

Civil Action No. 3:18cv00039

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William Andrea Pyliaris
5306 West Grace Street
Richmond, Virginia 23226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Justin P. Keating
1030 15th St., NW
Suite 700 East
Washington DC 20005
202.328.7222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Fernando Galindo,*
*CLERK OF COURT*

S. Beal

Date: January 18, 2018

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:18cv00039

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: