**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **HANNAH CRAMER**<br><br>**PLAINTIFF,**<br><br>**V.**<br><br>**ARKESIA, INC. d/b/a CLUB ROUGE,**<br><br>**DEFENDANT.** | **Case No. 3:18-cv-00039** |

**MOTION TO DISMISS AND MOTION TO STRIKE**

COMES NOW Defendant Arkesia, Inc. d/b/a Club Rouge ("Club Rouge"), by and through the undersigned legal counsel, and pursuant to Rule 12(b)(1), Rule 12(b)(6), Rule 12(f), and Rule 23 of the Federal Rules of Civil Procedure, hereby files this Motion to Dismiss and Motion to Strike, and in support of these Motions relies upon the facts and legal contentions set forth in the accompanying Memorandum filed in support, any reply brief which may be filed, and any arguments Defendant may make at the hearing before this Court regarding these Motions.

Dated: February 12, 2018  Respectfully submitted,

**ARKESIA, INC. d/b/a CLUB ROUGE,**

By:  _____/s/_____
Thomas M. Lucas (VSB No. 27274)
Kristina H. Vaquera, Esq. (VSB No. 43655)
Milena Radovic, Esq. (VSB No. 91000)
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone: (757) 648-1445
Facsimile: (757) 648-1418
E-mail: thomas.lucas@jacksonlewis.com
vaquerak@jacksonlewis.com
milena.radovic@jacksonlewis.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12th, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Justin P. Keating, Esq.
>Beins, Axelrod, P.C.
>1030 15th Street, N.W.
>Suite 700 East
>Washington, D.C. 20005

Notification of such filing will also be sent via First Class U.S. Mail to:

>Lloyd R. Ambinder, Esq.
>LaDonna Lusher, Esq.
>Virginia & Ambinder, LLP
>40 Broad Street, 7th Floor
>New York, New York, 10004

**ARKESIA, INC. d/b/a CLUB ROUGE**

By: _____/s/_____
Thomas M. Lucas (VSB No. 27274)
Kristina H. Vaquera, Esq. (VSB No. 43655)
Milena Radovic, Esq. (VSB No. 91000)
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone:    (757) 648-1445
Facsimile:    (757) 648-1418
E-mail:    thomas.lucas@jacksonlewis.com
          vaquerak@jacksonlewis.com
          milena.radovic@jacksonlewis.com
*Counsel for Defendant*

4834-9470-8316, v. 1