**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **HANNAH CRAMER,** | ) |
| *Plaintiff,* | ) |
| v. | ) CASE NO. 3:18-cv-00039 |
| **ARKESIA, INC. d/b/a CLUB ROUGE,** | ) |
| *Defendant.* | ) |

**FINANCIAL INTEREST DISCLOSURE STATEMENT
OF DEFENDANT ARKESIA, INC., D/B/A CLUB ROUGE**

Pursuant to Local Rule 7.1(a) of the Eastern District of Virginia, Defendant Arkesia, Inc. d/b/a Club Rouge ("Defendant") certifies that: Defendant is a non-publically traded corporation. There are no other parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

**ARKESIA, INC. d/b/a CLUB ROUGE,**

By: _____/s/_____
Thomas M. Lucas (VSB No. 27274)
Kristina H. Vaquera, Esq. (VSB No. 43655)
Milena Radovic, Esq. (VSB No. 91000)
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone:   (757) 648-1445
Facsimile:    (757) 648-1418
E-mail:       thomas.lucas@jacksonlewis.com
              vaquerak@jacksonlewis.com
              milena.radovic@jacksonlewis.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13th, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Justin P. Keating, Esq.
>Beins, Axelrod, P.C.
>1030 15th Street, N.W.
>Suite 700 East
>Washington, D.C. 20005

Notification of such filing will also be sent via First Class U.S. Mail to:

>Lloyd R. Ambinder, Esq.
>LaDonna Lusher, Esq.
>Virginia & Ambinder, LLP
>40 Broad Street, 7th Floor
>New York, New York, 10004

**ARKESIA, INC. d/b/a CLUB ROUGE**

By: _____/s/_____
Thomas M. Lucas (VSB No. 27274)
Kristina H. Vaquera, Esq. (VSB No. 43655)
Milena Radovic, Esq. (VSB No. 91000)
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone: (757) 648-1445
Facsimile: (757) 648-1418
E-mail: thomas.lucas@jacksonlewis.com
vaquerak@jacksonlewis.com
milena.radovic@jacksonlewis.com
*Counsel for Defendant*

4828-2351-5468, v. 1