**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **HANNAH CRAMER**<br><br>**PLAINTIFF,**<br><br>**v.**<br><br>**IMAGINARY IMAGES, INC. d/b/a/ PAPER MOON,**<br><br>**DEFENDANT.** | **Case No. 3:18-cv-00039** |

## MOTION TO STRIKE

COMES NOW Defendant Imaginary Images, Inc. d/b/a Paper Moon ("Paper Moon"), by and through the undersigned legal counsel, and pursuant to Rule 12(f) and Rule 23 of the Federal Rules of Civil Procedure, hereby files this Motion to Strike, and in support of this Motion relies upon the facts and legal contentions set forth in the accompanying Memorandum filed in support, any reply brief which may be filed, and any arguments Defendant may make at the hearing before this Court regarding this Motion.

Dated: February 15, 2018          Respectfully submitted,

                                               **IMAGINARY IMAGES, INC.
                                               d/b/a PAPER MOON**

                                               By: _____/s/_____
                                               Thomas M. Lucas (VSB No. 27274)
                                               Kristina H. Vaquera, Esq. (VSB No. 43655)
                                               Milena Radovic, Esq. (VSB No. 91000)
                                               Jackson Lewis, PC
                                               500 E. Main Street, Suite 800
                                               Norfolk, Virginia 23510
                                               Telephone:    (757) 648-1445

        Facsimile: (757) 648-1418
        E-mail: thomas.lucas@jacksonlewis.com
           vaquerak@jacksonlewis.com
           milena.radovic@jacksonlewis.com
     *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Justin P. Keating, Esq.
> Beins, Axelrod, P.C.
> 1030 15th Street, N.W.
> Suite 700 East
> Washington, D.C. 20005

Notification of such filing will also be sent via First Class U.S. Mail to:

> Lloyd R. Ambinder, Esq.
> LaDonna Lusher, Esq.
> Virginia & Ambinder, LLP
> 40 Broad Street, 7th Floor
> New York, New York, 10004

> **IMAGINARY IMAGES, INC.**
> **d/b/a PAPER MOON**
>
> By: _____/s/_____
> Thomas M. Lucas (VSB No. 27274)
> Kristina H. Vaquera, Esq. (VSB No. 43655)
> Milena Radovic, Esq. (VSB No. 91000)
> Jackson Lewis, PC
> 500 E. Main Street, Suite 800
> Norfolk, Virginia 23510
> Telephone: (757) 648-1445
> Facsimile: (757) 648-1418
> E-mail: thomas.lucas@jacksonlewis.com
> vaquerak@jacksonlewis.com
> milena.radovic@jacksonlewis.com
> *Counsel for Defendant*

4815-6859-9645, v. 1