**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| HANNAH CRAMER, et al.,<br><br>                          Plaintiffs,<br><br>          v.<br><br>ARKESIA, INC., et al.,<br><br>                          Defendants. | Case No.: 18-cv-00039-HEH |

**CERTIFICATE OF SERVICE**

On this 15th day of March 2018, I hereby certify that on the 13th day of March, 2018, I filed a Notice of Filing of a Consent to Join Collective Action Form (ECF No. 86) with the redacted Consent to Join Form of Quaocha Woody (ECF No. 86-1) with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the following:

Thomas M. Lucas
Kristina H. Vaquera
Milena Radovic
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Tele:   (757) 648-1445
Fax:    (757) 648-1418
thomas.lucas@jacksonlewis.com
vaquerak@jacksonlewis.com
milena.radovic@jacksonlewis.com

_____/s/_____

Justin P. Keating