**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| HANNAH CRAMER, *et. al.*, | Plaintiffs, | Case No.: 3:18cv00039-HEH |
| - against - | | |
| ARKESIA INC., *et al.*, | Defendants. | |

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, Rule 68, Plaintiff Deanna Danger accepts the Offer of Judgment of Defendants Arkesia, Inc. d/b/a Club Rouge, Circle 2, Inc. d/b/a Daddy Rabbits, Circle 2, Inc. d/b/a Candy Bar; Imaginary Images, Inc. d/b/a Paper Moon, BTF3 LLC d/b/a Paper Moon, M.G.B., Inc. d/b/a Pure Pleasure, and William Andreas Pyliaris dated April 18, 2018, allowing Plaintiff to take judgment in this action in the amount of $ 5,000.00. Defendants' Offer of Judgment is annexed hereto.

Respectfully submitted,

____/s/_____
Justin P. Keating
VA Bar #75880
BEINS, AXELROD, P.C.
1625 Massachusetts Ave., NW
Suite 500
Washington DC 20036
Tele:   (202) 328-7222 x235
Fax:   (866) 204-3230
jkeating@beinsaxelrod.com

-and-

Lloyd R. Ambinder
(Admitted *Pro Hac Vice*)
LaDonna Lusher
(Admitted *Pro Hac Vice*)
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004
Tel:     (212) 943-9080
Fax:    (212) 943-9082
lambinder@vandallp.com
llusher@vandallp.com

**COUNSEL TO PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2018, I will cause the foregoing Plaintiff's Notice of Acceptance of Offer of Judgment with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas M. Lucas
Kristina H. Vaquera
Milena Radovic
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Tele:   (757) 648-1445
Fax:    (757) 648-1418
thomas.lucas@jacksonlewis.com
vaquerak@jacksonlewis.com
milena.radovic@jacksonlewis.com

_____/s/_____

Justin P. Keating

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HANNAH CRAMER, et al.,

                              **Plaintiffs,**

v.                                                   Case No. 3:18-cv-00039

ARKESIA, INC. d/b/a CLUB ROUGE, et al.,

                              **Defendants.**

## DEFENDANTS' OFFER OF JUDGMENT UPON PLAINTIFF DEANNA DANGER PURSUANT TO RULE 68

Defendants Arkesia, Inc. d/b/a Club Rouge ("Club Rouge"), Circle 2, Inc. d/b/a Daddy Rabbits ("Daddy Rabbits"), Circle 2, Inc. d/b/a Candy Bar ("Candy Bar"), Imaginary Images, Inc. d/b/a Paper Moon ("Imaginary Images"), BTF3, Inc. d/b/a Papermoon ("BTF3"), MGB., Inc. d/b/a Pure Pleasure ("Pure Pleasure"), and William Andrea Pyliaris ("Pyliaris") (collectively "Defendants") by its attorneys and pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby offer to allow judgment to be taken collectively against Defendants by Deanna Danger ("Plaintiff") for a total of five thousand ($5,000), including costs incurred to date, in full satisfaction of any and all claims and causes of action that have been asserted or could have been asserted in this lawsuit by or on behalf of Plaintiff Danger, including those arising under federal or state statutory or common law. The Offer of Judgment is exclusive of attorneys' fees which, if this offer is accepted, shall be determined by the Court.

This Offer of Judgment is made for the purposes specified in Rule 68, and is not to be construed as an admission of wrongdoing, that Defendants are liable in this action, or as an admission that Plaintiff has suffered any damage, and is subject to final approval by the Court. If

accepted, the Plaintiff must serve a written acceptance of this Offer. If Plaintiff does not accept this Offer within fourteen (14) days after service of this Offer, this Offer will be deemed rejected. This Offer of Judgment shall not be filed with the Court unless a) accepted, or b) in a proceeding to determine fees and/or costs.

Dated: April 18, 2018

Respectfully submitted,

**Arkesia, Inc. d/b/a Club Rouge,**
**Circle 2, Inc. d/b/a Daddy Rabbits,**
**Circle 2, Inc. d/b/a Candy Bar,**
**Imaginary Images, Inc. d/b/a Paper Moon,**
**BTF3, Inc. d/b/a Papermoon,**
**MGB., Inc. d/b/a Pure Pleasure,**
**AND William Andrea Pyliaris**

By: _____
Thomas M. Lucas, Esquire (VSB No. 27274)
Kristina H. Vaquera, Esquire (VSB No. 43655)
Milena Radovic, Esquire (VSB No. 91000)
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone:  (757) 648-1445
Facsimile:   (757) 648-1418
E-mail:       thomas.lucas@jacksonlewis.com
                  vaquerak@jacksonlewis.com
                  milena.radovic@jacksonlewis.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2018, I served the foregoing via email and UPS Overnight delivery to:

    Justin P. Keating, Esquire
    Beins, Axelrod, P.C.
    1030 15th Street, N.W.
    Suite 700 East
    Washington, D.C. 20005

    Lloyd R. Ambinder, Esquire
    LaDonna Lusher, Esquire
    Virginia & Ambinder, LLP
    40 Broad Street, 7th Floor
    New York, New York, 10004

**Arkesia, Inc. d/b/a Club Rouge,**
**Circle 2, Inc. d/b/a Daddy Rabbits,**
**Circle 2, Inc. d/b/a Candy Bar,**
**Imaginary Images, Inc. d/b/a Paper Moon,**
**BTF3, Inc. d/b/a Papermoon,**
**MGB., Inc. d/b/a Pure Pleasure,**
**AND William Andrea Pyliaris**

By: /s/ _____
Thomas M. Lucas, Esquire (VSB No. 27274)
Kristina H. Vaquera, Esquire (VSB No. 43655)
Milena Radovic, Esquire (VSB No. 91000)
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone:  (757) 648-1445
Facsimile:  (757) 648-1418
E-mail:  thomas.lucas@jacksonlewis.com
         vaquerak@jacksonlewis.com
         milena.radovic@jacksonlewis.com
*Counsel for Defendants*