IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HANNAH CRAMER, et al.,

                              Plaintiffs,

v.                                                          Case No. 3:18-cv-00039

ARKESIA, INC. d/b/a CLUB ROUGE, et al.,

                              Defendants.

## ORDER

Upon consideration of Defendants' Motion to Withdraw their Motion to Dismiss Opt-In

Plaintiff Deanna Danger's First Amended Complaint or, in the Alternative Compel Arbitration

and Stay Proceedings Pending Arbitration, the Court hereby:

ORDERS that Defendants' Motion to Withdraw their Motion to Dismiss Opt-In Plaintiff

Deanna Danger's First Amended Complaint or, in the Alternative Compel Arbitration and Stay

Proceedings Pending Arbitration is GRANTED.

ENTERED this **30** day of __May__, 2018.

                                                        _____/s/_____
                                                        Judge Henry E. Hudson
                                                        U.S. District Court for the Eastern District
                                                        of Virginia, Richmond Division