IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| HANNAH CRAMER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 3:18-cv-39–HEH |
| | ) |
| ARKESIA, INC. *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER
(Scheduling Hearing Date for Arbitration Motions)

THIS MATTER is before the Court on Defendants' Motions to Dismiss or in the Alternative, to Compel Arbitration and Stay Proceedings Pending Arbitration. The Court believes that providing the parties with the opportunity to put on evidence and present the arguments raised in their respective briefs would aid in the decisional process. Accordingly, it is hereby ORDERED that the Court will hold a hearing on this matter on **July 10, 2018, at 10:00 a.m.**

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: June 11, 2018
Richmond, VA