**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **HANNAH CRAMER, et al.,** | |
| Plaintiffs, | |
| v. | Case No. 3:18-cv-00039 |
| **ARKESIA, INC. d/b/a CLUB ROUGE, et al.,** | |
| Defendants. | |

## ORDER

THIS MATTER is before the Court on the [arties' Joint Motion for Approval of FLSA Settlement. Upon consideration of the parties' Motion, it is hereby ORDERED that the Motion is GRANTED and that the parties' Settlement Agreement and General Release is APPROVED is fair and adequate. This action is DISMISSED with PREJUDICE, except that this Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994). The parties shall bear their own respective costs and attorneys' fees, except as otherwise specified in the Settlement Agreement and General Release.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

Date: _____  
Richmond, Virginia

_____  
Henry E. Hudson  
United States District Judge