**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **HANNAH CRAMER, et al.,**<br><br>          **Plaintiffs,**<br><br>v.<br><br>**ARKESIA, INC. d/b/a CLUB ROUGE, et al.,**<br><br>          **Defendants.** | **Case No. 3:18-cv-00039** |

**JOINT NOTICE OF FILING UNDER SEAL**

  TAKE NOTICE THAT Defendants Arkesia, Inc. d/b/a/ Club Rouge, Circle 2, Inc. d/b/a Daddy Rabbits, Circle 2, Inc. d/b/a Candy Bar, Imaginary Images, Inc. d/b/a Paper Moon, BTF3 LLC d/b/a Papermoon, M.G.B., Inc. d/b/a Pure Pleasure, William Andreas Pyliaris, and and/or any other entities affiliated with or controlled by Arkesia, Inc. d/b/a/ Club Rouge, Circle 2, Inc. d/b/a Daddy Rabbits, Circle 2, Inc. d/b/a Candy Bar, Imaginary Images, Inc. d/b/a Paper Moon, BTF3 LLC d/b/a Papermoon, M.G.B., Inc. d/b/a Pure Pleasure, and William Andreas Pyliaris (collectively "Defendants") and Plaintiffs Hannah Cramer, Jessica Blakley, and Shernell Crutchfield (collecitvely "Plaintiffs") (collectively "Parties"), on this day, under Rule 5 of the Local Rules, by counsel, filed a Motion to File Documents Under Seal. Any party or non-party may submit memoranda in support of or in opposition to the Motion within seven (7) days, designating all or part of such memoranda as confidential. Any information designated as confidential in a supporting or opposing memorandum will be treated as sealed pending a determination by the Court on the motion to seal. Any person objecting to the Motion to Seal must file an objection with the Clerk within seven (7) days after the filing of the Motion to Seal, and if no objection is filed in a timely manner, the Court may treat the Motion as uncontested.

1

Date: September 21, 2018 Respectfully submitted,

**ARKESIA, INC. D/B/A CLUB ROUGE, CIRCLE 2, INC. D/B/A DADDY RABBITS, CIRCLE 2, INC. D/B/A CANDY BAR, IMAGINARY IMAGES, INC. D/B/A PAPER MOON, BTF3, INC. D/B/A PAPERMOON, MGB., INC. D/B/A PURE PLEASURE, AND/OR ANY OTHER ENTITIES AND WILLIAM ANDREAS PYLIARIS**

By: /s/
Thomas M. Lucas (VSB No. 27274)
Kristina H. Vaquera, Esq. (VSB No. 43655)
Milena Radovic, Esq. (VSB No. 91000)
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone: (757) 648-1445
Facsimile: (757) 648-1418
E-mail: thomas.lucas@jacksonlewis.com
vaquerak@jacksonlewis.com
milena.radovic@jacksonlewis.com
*Counsel for Defendants*

**HANNAH CRAMER, JESSICA BLAKLEY, SHERNELL CRUTCHFIELD, AND OPT-IN PLAINTIFFS**

By: /s/
Justin P. Keating, Esq.
Beins, Axelrod, P.C.
1030 15th Street, N.W.
Suite 700 East
Washington, D.C. 20005
Tel: (202) 328-7222

Lloyd R. Ambinder, Esq. (*Pro Hac Vice Admission*)
LaDonna Lusher, Esq. (*Pro Hac Vice Admission*)
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York, 10004
Tel: (757) 648-1145

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Justin P. Keating, Esq.
        Beins, Axelrod, P.C.
        1030 15th Street, N.W.
        Suite 700 East
        Washington, D.C. 20005

        Lloyd R. Ambinder, Esq.
        LaDonna Lusher, Esq.
        Michele A. Moreno, Esq.
        Caroline Turner, Esq.
        Virginia & Ambinder, LLP
        40 Broad Street, 7th Floor
        New York, New York, 10004

**ARKESIA, INC. D/B/A CLUB ROUGE, CIRCLE 2, INC. D/B/A DADDY RABBITS, CIRCLE 2, INC. D/B/A CANDY BAR, IMAGINARY IMAGES, INC. D/B/A PAPER MOON, BTF3, INC. D/B/A PAPERMOON, MGB., INC. D/B/A PURE PLEASURE, AND/OR ANY OTHER ENTITIES AND WILLIAM ANDREAS PYLIARIS**

By: _____/s/_____
Thomas M. Lucas (VSB No. 27274)
Kristina H. Vaquera, Esq. (VSB No. 43655)
Milena Radovic, Esq. (VSB No. 91000)
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone:   (757) 648-1445
Facsimile:   (757) 648-1418
E-mail:   thomas.lucas@jacksonlewis.com
             vaquerak@jacksonlewis.com
             milena.radovic@jacksonlewis.com
*Counsel for Defendants*

4852-7571-6979, v. 1