# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

HANNAH CRAMER, *et al.*,  )
)
            Plaintiffs,  )
)
v.  )  Civil Action No. 3:18-CV-39–HEH
)
ARKESIA, INC. d/b/a CLUB  )
ROUGE, *et al.*,  )
)
           Defendants.  )

## ORDER GRANTING JOINT MOTION FOR LEAVE TO
## FILE SETTLEMENT AGREEMENT UNDER SEAL

THIS MATTER is before the Court on the Parties' Joint Motion to Seal Settlement Agreement (ECF No. 240), filed on September 28, 2018. Upon consideration of the Parties' Motion, the Court finds as follows:[1]

1.    The requirement of public notice has been satisfied by the Parties, and interested parties have had reasonable opportunity to object.

2.    The limited sealing proposed by the Parties is far from drastic and is warranted for the following reasons: (a) the public policy promoting confidential dispute resolution outside of formal court proceedings; and (b) the confidential settlement agreement non-public, confidential, proprietary information of the Defendants and non-public, confidential, personal information of the Plaintiff.

---

[1] The required findings are set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000) (citing *In re Knight Publishing Co.*, 743 F.2d 231, 235–36 (4th Cir. 1984)).

3.    Given the foregoing, the Court finds that the public interest in promoting out-of-court settlements and the Parties' interest in non-disclosure of confidential, personal, and business-proprietary information outweighs the public's right to access the confidential settlement agreement in issue.

It is therefore ORDERED that the Motion is GRANTED, and it is further ORDERED that the Parties' Settlement Agreement may be filed under seal.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

Date: Oct. 17, 2018
Richmond, Virginia

/s/
Henry E. Hudson
Senior United States District Judge