IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HANNAH CRAMER, *et al.*,  )
  )
      Plaintiffs,  )
  )
v.  )   Civil Action No. 3:18-CV-39–HEH
  )
ARKESIA, INC. d/b/a CLUB  )
ROUGE, *et al.*,  )
  )
      Defendants.  )

## ORDER DENYING JOINT MOTION FOR FAIRNESS HEARING TO BE HELD IN CLOSED COURT

THIS MATTER is before the Court on the Parties' Joint Motion for Fairness Hearing To Be Held in Closed Court (ECF No. 260), filed on November 21, 2018. Upon consideration of the Parties' Motion, the Court is unaware of any confidential information that will be made available to the public during the fairness hearing scheduled for November 26, 2018. It is therefore ORDERED that the Motion is DENIED.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

Date: Nov. 21, 2018
Richmond, Virginia

                /s/
Henry E. Hudson
Senior United States District Judge