IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| HANNAH CRAMER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:18-CV-39–HEH |
| | ) | |
| ARKESIA, INC. d/b/a CLUB ROUGE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PARTIES' JOINT MOTION
FOR APPROVAL OF SETTLEMENT**

THIS MATTER is before the Court on the Parties' Joint Motion for Approval of FLSA Settlement (ECF No. 256). Upon consideration of the Parties' Motion and having held an approval hearing on November 26, 2018, it is hereby ORDERED that the Motion is GRANTED and that the Parties' Settlement Agreement is APPROVED as fair and adequate. This action is DISMISSED with PREJUDICE, except that this Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

Date: Nov. 26, 2018
Richmond, Virginia

/s/
Henry E. Hudson
Senior United States District Judge

**So moved and consented to:**

By: /s/ *[signature]*
Attorney for Plaintiffs
Justin Patrick Keating
Beins Axelrod PC (DC)
1030 15th Street, N.W.
Suite 700
Washington, DC 20005
Telephone: (202) 328-7222
jkeating@beinsaxelrod.com

By: *[signature]*
Attorneys for Defendants
Thomas M. Lucas
Kristina H. Vaquera
Milena Radovic
Jackson Lewis, PC
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Phone: 757-648-1445
Fax: 757-648-1418
thomas.lucas@jacksonlewis.com
vaquerak@jacksonlewis.com
milena.radovic@jacksonlewis.com

By: *[signature]*
Attorneys for Plaintiffs
Caroline Turner
LaDonna Marie Lusher
Lloyd Robert Ambinder
Michele A. Moreno
Virginia & Ambinder LLP
40 Broad Street
7th Floor
New York, NY 10004
Telephone: (212) 943-9080
cturner@vandallp.com
llusher@vandallp.com
lambinder@vandallp.com
mmoreno@vandallp.com