IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| HANNAH CRAMER, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>ARKESIA, INC. d/b/a CLUB ROUGE, et al.,<br><br>            Defendants. | Case No. 3:18-cv-00039 |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiffs, by and through undersigned counsel, move to enforce the settlement agreement in this matter. The bases and context for this Motion are fully set forth in the Memorandum of Law with supporting Declaration and Exhibits filed in conjunction with this Motion.

This Motion and the supporting Memorandum and Exhibits are being filed under seal with hard copies to the Court only, and not on ECF, because the documents reference the Settlement Agreement which the Court earlier ordered filed under seal. A Motion to Seal is being contemporaneously filed on the Court's ECF system.

March 1, 2019

                /s/
            Justin P. Keating,
            VA Bar #75880

            BEINS, AXELROD, P.C.
            1717 K Street, N.W.
            Suite 1120
            Washington, D.C. 20006
            202.328.7222
            jkeating@beinsaxelrod.com

Lloyd R. Ambinder, Esq. (*Pro Hac Vice Admission*)
LaDonna Lusher, Esq. (*Pro Hac Vice Admission*)

VIRGINIA & AMBINDER, LLP
40 Broad Street, 7th Floor
New York, New York, 10004
212.943.9080
lambinder@vandallp.com
llusher@vandallp.com

**COUNSEL FOR PLAINTIFFS**

**<u>Certificate of Service</u>**

I hereby certify that on the 4th day of March, 2018, I sent, by UPS Next Day Air delivery, to the Clerk of Court the foregoing Motion to Enforce. Because Plaintiffs seek to file this document under seal, it is filed in hard copy only and in accordance with Local Rule 5's instructions for filing documents under seal. A copy has also been sent to the following counsel of record on the 4th day of March, 2019, by first class mail and e-mail.

    Thomas M. Lucas
    Kristina H. Vaquera
    Milena Radovic
    Jackson Lewis, P.C.
    500 E. Main Street, Suite 800
    Norfolk, Virginia 23510
    (757) 648-1145
    thomas.lucas@jacksonlewis.com

                                          /s/
                                    Justin P. Keating