IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HANNAH CRAMER, *et al.*, )
    Plaintiffs, )
)
v. ) Civil Action No. 3:18CV39 (HEH)
)
ARKESIA, INC., *et al.*, )
    Defendants. )

**ORDER REGARDING PROCEDURES FOR ARBITRATION**

The Court has scheduled this case for arbitration on **April 25, 2019** at **10:30 A.M.** At that time, the parties shall report to the chambers of Magistrate Judge Roderick C. Young.

Having discussed the same with the parties, the following persons must be physically present at the arbitration hearing, in addition to counsel: William Pyliaris; Ashley Cook; Deslie Crumpton; Frances Cunningham; Kelosha Parnell; Kobi Rener; and Pa-Tria Young.

The parties may but are not required to submit *ex parte* settlement memoranda to the Court in anticipation of the arbitration. Due to the *ex parte* nature of the settlement memorandum, it should be delivered directly to the Court's chambers (either by e-mail or by hand delivery of a hard copy) and <u>not</u> filed with the Clerk's Office. The memorandum will be considered and maintained on a confidential basis until resolution of the case, when the memorandum will then be destroyed. The memorandum will <u>not</u> be exchanged (or its contents discussed) with opposing parties or counsel by the Court without prior permission.

**The Court will allot three (3) hours for the arbitration.** Therefore, the parties must be prepared to move forward in an expeditious manner during the arbitration hearing.

Consistent with the requirements of this Court's Personal Electronics Device Policy,[1] should counsel or party representatives desire to bring any electronic devices, including laptops and/or cell phones, to the settlement conference, counsel must complete the form designated "Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia." Counsel should complete this form and submit it to chambers no later than one week before the arbitration hearing. On the date of the arbitration hearing, counsel shall bring a physical copy of the authorization form, signed by Judge Young, for inspection by court security officers.[2]

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

/s/
Roderick C. Young
United States Magistrate Judge

Richmond, Virginia
Date: March 27, 2019

---

[1] Both the policy and the form can be accessed at
http://www.vaed.uscourts.gov/locations/documents/NEW_PERSONAL%20ELECTRONICS%20DEVICE%20POLICY.pdf.
[2] Each individual named on the authorization form must bring his or her own physical copy of the authorization form for inspection by court security officers.