| CIVIL NON-JURY TRIAL OR MOTION HEARING<br>MINUTE SHEET | DATE: 4-25-19 |
|---|---|
| United States District Court | Eastern District of Virginia - Richmond Division |
| HANNAH Cramer, et al<br>v.<br>ARKesia, Inc, et al | Case No. 3:18CV0039(HEH)<br>Judge: Young<br>Court Reporter: FTR |

MATTER COMES ON FOR: ( ) BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: (✓) ARBITRATION

APPEARANCES: Parties by ( ) with (✓) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )  TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: SEALED ORDER TO ENTER

Counsel for Plaintiff(s): JUSTIN P. KEATING

Counsel for Defendant(s): THOMAS M. LUCAS AND BRIAN K. TELFAIR

SET: _____ BEGAN: 12:12 ENDED: 12:22 Time in Court: 10

RECESSES: