IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HANNAH CRAMER, *et al.*, )
    Plaintiffs, )
     )
v. ) Civil Action No. 3:18cv39 (HEH)
     )
ARKESIA, INC., *et al.*, )
    Defendants. )
_____ )

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Leave to File Under Seal Plaintiffs' Second Motion to Enforce Settlement Agreement ("Motion to Seal") (ECF No. 293). The Court rules as follows:[1]

1. The requirement of public notice has been satisfied by Plaintiffs and interested parties have had reasonable opportunity to object.

2. The limited sealing proposed by Plaintiffs is far from drastic and is warranted because the Motion to Enforce the Settlement Agreement contains references to the Settlement Agreement and accompanying documents, which were filed under seal pursuant to a previous Order of the Court (ECF No. 246).

3. Given the foregoing, the Court finds that because Plaintiffs' Motion to Enforce the Settlement Agreement contains references to the Settlement Agreement and accompanying documents, which were filed under seal for the reasons set forth in the Court's October 17, 2018 Order (ECF No. 246), Plaintiffs may file under seal the Motion to Enforce and any documentation in support of the Motion to Enforce.

---

[1] The required findings are set forth in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000) (citing *In re Knight Publishing Co.*, 743 F.2d 231, 235-36 (4th Cir. 1984)).

Accordingly, it is ORDERED that the Motion to Seal is GRANTED, and Plaintiffs' Motion to Enforce Settlement Agreement and any supporting documentation may be filed under seal.

Let the Clerk file this Order electronically, notify all counsel accordingly, and mail a copy of this Order to any party not represented by counsel.

It is so ORDERED.

/s/
Roderick C. Young
United States Magistrate Judge

Richmond, Virginia
Date: October 2, 2019